IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KERRI FANDREI**                                                                          **PLAINTIFF**

VS.                               **Case No. 4:08CV00090**

**ELI LILLY AND COMPANY**                                     **DEFENDANT**

### ORDER

After consideration of the motions to admit counsel Matthew G. Morris and Susan W. Kline *pro hac vice*, and it appearing to the Court that Mr. Morris and Ms. Kline meet the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motions, docket #'s 6 and 7, should be, and hereby are, GRANTED.

SIGNED this 1st day of April, 2008.

_____
James M. Moody
United States District Judge