IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KERRI FANDREI**                                                                                     **PLAINTIFF**

V.                                                   **4:08CV00090 JMM**

**ELI LILLY AND COMPANY**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on March 11, 2009, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 11th day of March 2009.

_____
James M. Moody
United States District Judge